PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNAL SINHA<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | Case No.: 1:23-cv-1536-JLT-SKO<br><br>**PARTIES' JOINT STIPULATION TO STAY CASE; ORDER** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Kunal Sinha and Defendant Secretary of Homeland Security Alejandro N. Mayorkas, by and through their respective counsel, subject to the approval of the Court, that the instant action shall be stayed and all hearings and deadlines in this matter be vacated based on the following terms:

1. On or about January 11, 2024, the United States Citizenship and Immigration Services (USCIS) sustained Plaintiff's appeal challenging the denial of his N-400, Application for Naturalization. That same day, USCIS reopened Plaintiff's N-400 application with a recommendation for approval;

2. USCIS is presently in the process of scheduling Plaintiff for an oath ceremony whereby

1

Plaintiff will be sworn in as a citizen of the United States. Absent extraordinary circumstances, USCIS anticipates that this will occur within 60 days. In the unlikely event that Plaintiff is not sworn in as a citizen of the United States within this 60-day timeframe, USCIS will provide a status report to the Court;

3. Upon being sworn in as a citizen of the United States, Plaintiff agrees to voluntarily dismiss the case; and

4. The parties agree to bear the party's own litigation costs, expenses, and attorney fees.

The proposed stay is requested in the interests of judicial economy. A stay would avoid the unnecessary and burdensome expenditure of the parties' and this Court's resources that would be required to adjudicate the jurisdictional and merits issues presented in this action. Moreover, there is no prejudice to any party if the stay is granted.

The proposed stay is requested in the interests of judicial economy. A stay would avoid the unnecessary and burdensome expenditure of the parties' and this Court's resources that would be required to adjudicate the jurisdictional and merits issues presented in this action. Moreover, there is no prejudice to any party if the stay is granted.

Accordingly, the parties respectfully request a stay of the instant action until March 19, 2024.

SO STIPULATED.

Dated: January 19, 2024                                STURMAN & ASSOCIATES

                                                       */s/* Jonathan R. Sturman
                                                       Jonathan R. Sturman
                                                       Attorney for Plaintiff


Dated: January 19, 2024                                PHILLIP A. TALBERT
                                                       United States Attorney

2

|     |     |
| --- | --- |
| 1   |     |
| 2   | /s/ Elliot C. Wong[*]  <br>ELLIOT C. WONG |
| 3   | Assistant United States Attorney |
| 4   | Attorneys for Defendant |

---

[*] I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KUNAL SINHA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>　　　　Defendant. | Case No.: 1:23-cv-1536-JLT-SKO<br><br>**ORDER STAYING CASE**<br><br>**(Doc. 11)** |

**ORDER**

Pursuant to the stipulation of the parties (Doc. 11), and good cause appearing, this action shall be stayed until March 19, 2024.  The parties are ORDERED to file a status report by no later than March 19, 2024, to advise the Court of the status of the related proceedings.

IT IS SO ORDERED.

Dated:   **January 22, 2024**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE